**Opinion filed August 8, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00227-CR

_____

## IN RE JOHN WILLIAM SPURLOCK

**Original Mandamus Proceeding**

**M E M O R A N D U M   O P I N I O N**

Relator, John William Spurlock, has filed a pro se petition for writ of mandamus complaining of Hon. Kenneth Keeling, Judge of the 278th District Court of Leon County, with respect to Relator's criminal proceedings.

TEX. GOV'T CODE ANN. § 22.221(b)(1) (West 2004) provides that each court of appeals for a court of appeals district may issue all writs of mandamus, agreeable to the principles of law regulating those writs, "against a judge of a district or county court in the court of appeals district." Leon County is not in the Eleventh Court of Appeals District. TEX. GOV'T CODE ANN. § 22.201(*l*) (West Supp. 2012). Instead, Leon County is in the Tenth Court of Appeals District. *See*

*id.* § 22.201(k). Therefore, we do not have jurisdiction to issue a writ of mandamus against either a judge or district court of Leon County.[1]

Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

August 8, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

---

[1]We heard Relator's direct appeal from his underlying conviction by virtue of a transfer order issued by the Texas Supreme Court transferring his appeal from the Tenth Court of Appeals to this court. The transfer order does not extend to subsequent proceedings filed by Relator.